# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )  Case No. 2:21-cv-01701-AMM-SGC |
| **JEFFERSON DUNN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Please take notice that William R. Lunsford, with Maynard, Cooper & Gale, P.C., hereby enters an appearance as counsel for Defendant Jefferson Dunn ("Dunn") in the above-styled action.

Respectfully submitted this 6th day of May, 2022.

*/s/ William R. Lunsford*
William R. Lunsford
*Attorney for Jefferson Dunn*

William R. Lunsford
Stephen C. Rogers
Matthew B. Reeves
M. Landon Whatley
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
srogers@maynardcooper.com

mreeves@maynardcooper.com
lwhatley@maynardcooper.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 6th day of May, 2022:

Jamila S. Mensah
**NORTON ROSE FULBRIGHT**
**US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
jamila.mensah@nortonrosefullbright.com

Nandini Rao
**NORTON ROSE FULBRIGHT**
**US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 318-3046
Facsimile: (212) 318-3400
nandini.rao@nortonrosefullbright.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

                                                                /s/ William R. Lunsford
                                                                Of Counsel