# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FRANKIE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-01701-AMM-SGC |
| JEFFERSON S. DUNN, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

The magistrate judge entered a report on August 10, 2022, recommending the dismissal without prejudice of the plaintiff's claims against the defendant identified as Officer Jenkinson. Doc. 64. The report noted Officer Jenkinson had not been served within the time required under Federal Rule of Civil Procedure 4(m). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that the plaintiff's claims against Officer Jenkinson are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m). The remaining claims are referred to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 30th day of August, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE