FILED

2025 May-15  PM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Wednesday, October 23, 2024 at 3:35 PM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

**CAUTION:** External Sender.

Good Afternoon, please see confirmation of your requested legal visit on tomorrow at 9:00 AM. Please bring in this form with , provide it to the officer in communication; as it serves as your entry to the prison.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Wednesday, October 23, 2024 3:27 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Sounds good. We will be there.

**Wesley Smithart**
Attorney



205-581-0700 main
205-581-1571 direct
205-581-0799 fax
wsmithart@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

Confidentiality Notice

**lightfootlaw.com**



**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Wednesday, October 23, 2024 at 3:26 PM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

CAUTION: External Sender.

Negative, George and yourself are the approved two attorney's



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Wednesday, October 23, 2024 3:17 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Thanks. To clarify, Sam Katulich and I will be there tomorrow morning at 9 AM for our legal visit with Mr. Johnson.

**Wesley Smithart**
Attorney



205-581-0700 main
205-581-1571 direct
205-581-0799 fax
wsmithart@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

Confidentiality Notice

**lightfootlaw.com**



**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Wednesday, October 23, 2024 at 3:15 PM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Fw: Attorney Request - Frankie Johnson, AIS No. 00196870

CAUTION: External Sender.

Per Warden,

please see below.

**Leteetha Turner**

Administrative Support Assistant II



Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Smith, Vencini (DOC) <Vencini.Smith@doc.alabama.gov>
**Sent:** Wednesday, October 23, 2024 2:59 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

the 2 original attorneys are approved, not the additional after the other was disapproved



# Vencini Smith

Warden II

205-436-3681

Extension 102

vencini.smith@doc.alabama.gov



William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, AL  35023

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege.  If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system.  If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited.  Thank you for your cooperation.

**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Sent:** Wednesday, October 23, 2024 10:49 AM
**To:** Smith, Vencini (DOC) <Vencini.Smith@doc.alabama.gov>
**Subject:** Fw: Attorney Request - Frankie Johnson, AIS No. 00196870

Pardon me,

Can we accommodate this?



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

William E. Donaldson Correctional Facility



100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Wednesday, October 23, 2024 10:35 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

In that case, another attorney at my firm (George Brewster, SSN 6878) will need to join me tomorrow. I have attached his Alabama State Bar license, a copy of his driver's license, and his signed orientation form. Please let me know if you need any additional information.

Wesley

**Wesley Smithart**
Attorney



205-581-0700 main                    The Clark Building
205-581-1571 direct                  400 20th Street North
205-581-0799 fax                     Birmingham, AL 35203
wsmithart@lightfootlaw.com

Confidentiality Notice

**lightfootlaw.com**



**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Wednesday, October 23, 2024 at 9:56 AM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>

**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

CAUTION: External Sender.

Understood, unfortunately we will not be able to accomodate for Sam to join this visit.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Wednesday, October 23, 2024 9:23 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Thanks for your response. The orientation form we signed says that legal assistants are allowed to visit with attorneys. Sam is serving as a legal assistant in this instance to help me take notes. Could you please let me know what additional documentation/information you would need to approve him as a legal assistant?

**Wesley Smithart**
Attorney



205-581-0700 main          The Clark Building
205-581-1571 direct        400 20th Street North
205-581-0799 fax           Birmingham, AL 35203
wsmithart@lightfootlaw.com

Confidentiality Notice

**lightfootlaw.com**



**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>

**Date:** Wednesday, October 23, 2024 at 9:19 AM

**To:** Wesley Smithart <wsmithart@lightfootlaw.com>

**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

CAUTION: External Sender.

Good Morning, and I'm sorry for the late response. Per the Warden, which is my supervisor, Sam will not be able to join , as we will need a physical bar car, not just the good standings paperwork.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Wednesday, October 23, 2024 9:14 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Ms. Turner,

Checking in to see if Sam has been approved to accompany me. While he is a licensed attorney, he is an employee at my firm and will be essentially acting as a legal assistant. Happy to answer any questions you or your supervisor may have.

Thanks,

Wesley

**Wesley Smithart**
Attorney



205-581-0700 main          The Clark Building
205-581-1571 direct        400 20th Street North
205-581-0799 fax           Birmingham, AL 35203
wsmithart@lightfootlaw.com

Confidentiality Notice

**lightfootlaw.com**



**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Date:** Monday, October 21, 2024 at 1:32 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Thank you! Here is his bar passage paperwork. Please let me know if/when this is approved. I will have to line up another attorney to accompany me if not.

Wesley

**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Monday, October 21, 2024 at 11:50 AM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

<span style="background-color:red">CAUTION:</span> External Sender.

Ok, if you will provide that information. I can get that submitted to my supervisor for approval.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Monday, October 21, 2024 11:44 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Thanks! Sam has only recently passed the Tennessee bar, and they haven't issued cards yet. I

can provide documentation of his bar passage if that will help.

**Wesley Smithart**
Attorney



205-581-0700 main
205-581-1571 direct
205-581-0799 fax
wsmithart@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

Confidentiality Notice

**lightfootlaw.com**



---

**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Sent:** Monday, October 21, 2024 11:43:05 AM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

CAUTION: External Sender.

Rec'd, thank you, but as far as in , Sam Katulich I
don't see a bar card attached. All attorney's that enter the facility will need a bar card for
verification.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

doc.alabama.gov

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Monday, October 21, 2024 11:21 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Ms. Turner,

Please find attached my letter and documentation regarding a legal visit with Mr. Johnson on Thursday, Oct. 24 at 9 AM. Please let me know if you need any additional information.

Thanks,

Wesley

**Wesley Smithart**
Attorney



205-581-0700 main                    The Clark Building
205-581-1571 direct                  400 20th Street North
205-581-0799 fax                     Birmingham, AL 35203
wsmithart@lightfootlaw.com

Confidentiality Notice

**lightfootlaw.com**



**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Date:** Friday, October 18, 2024 at 3:46 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Great, thanks! I'll email you my letter officially requesting the visit on Monday.

**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Friday, October 18, 2024 at 3:19 PM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

**CAUTION!** External Sender.

The hours are 8:30 am - 2:00 pm.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Thursday, October 17, 2024 3:27 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Thanks for letting me know. I'll draft the letter for Thursday, Oct. 24. What are the attorney visitation hours?

**Wesley Smithart**
Attorney



205-581-0700 main
205-581-1571 direct
205-581-0799 fax
wsmithart@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

Confidentiality Notice

**lightfootlaw.com**



**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Thursday, October 17, 2024 at 12:57 PM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

**CAUTION: External Sender.**

We do not conduct attorney visits on Friday.

The only days are Tuesday, Wednesday and Thursday.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

doc.alabama.gov

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Thursday, October 17, 2024 12:10 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Thanks for the information. I will just try to set up an in-person visit. Are Oct. 25 or 28 open for attorney visits?

**Wesley Smithart**
Attorney



205-581-0700 main                The Clark Building
205-581-1571 direct              400 20th Street North
205-581-0799 fax                 Birmingham, AL 35203
wsmithart@lightfootlaw.com

Confidentiality Notice

**lightfootlaw.com**



**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Date:** Friday, October 4, 2024 at 11:52 AM
**To:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

You don't often get email from leteetha.turner@doc.alabama.gov. Learn why this is important

CAUTION: External Sender.

The attorney phone calls through the facility was a method that was utilized during Covid. At the middle of last year we went back to standard operating procedures of conducting in-house legal visits only. You can utilize the inmate phone system (securus), have your number added as an attorney and have a free legal call with your client, other than that you may write him a letter

and correspond that way.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Sent:** Friday, October 4, 2024 10:18 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Cc:** Jamila S. Mensah <jamila.mensah@nortonrosefulbright.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Hi Ms. Turner,

Would you mind sending us a copy of the protocol you mentioned or letting us know where to find it? We attempted the process you suggested and were not successful in reaching Mr. Johnson.

Thank you,

Wesley

**Wesley Smithart**
Attorney



205-581-0700 main
205-581-1571 direct
205-581-0799 fax
wsmithart@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

Confidentiality Notice

**lightfootlaw.com**



**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Sent:** Tuesday, September 24, 2024 11:46 AM
**To:** Jamila S. Mensah <jamila.mensah@nortonrosefulbright.com>
**Subject:** Fw: Attorney Request - Frankie Johnson, AIS No. 00196870

Good Afternoon, per our protocol, we no longer constitute attorney phone calls, you can write Mr. johnson a letter and provide him with the number to reach you on. Once doing that, you also can register your number as an attorney and conduct a call with him.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

|

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Jamila S. Mensah <jamila.mensah@nortonrosefulbright.com>
**Sent:** Tuesday, September 24, 2024 1:14 PM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Cc:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** RE: Attorney Request - Frankie Johnson, AIS No. 00196870

Good morning, Ms. Turner –

Thank you for the information.  To clarify – we are seeking to schedule a legal call with Mr. Johnson, as I am out of state and not able to visit in person.  Can you please coordinate the telephone call or let us know if you need additional information?  Thank you.

-Jamila

Jamila S. Mensah

Office:  713.651.5504

Mobile:  832.567.4490

**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Sent:** Tuesday, September 24, 2024 8:29 AM
**To:** Jamila S. Mensah <jamila.mensah@nortonrosefulbright.com>
**Cc:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Great Morning to you, please see your confirmation of your requested legal visit.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege.  If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system.  If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited.  Thank you for your cooperation.

**From:** Jamila S. Mensah <jamila.mensah@nortonrosefulbright.com>
**Sent:** Monday, September 23, 2024 11:27 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Cc:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** RE: Attorney Request - Frankie Johnson, AIS No. 00196870


Thank you.  We would like to schedule for Thursday at 2 pm.  Please let me know if you need any additional information.


Jamila S. Mensah

Office:  713.651.5504

Mobile: 832.567.4490

---

**From:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Sent:** Monday, September 23, 2024 9:41 AM
**To:** Jamila S. Mensah <jamila.mensah@nortonrosefulbright.com>
**Subject:** Re: Attorney Request - Frankie Johnson, AIS No. 00196870

Great Morning to you,

Upon reviewing your request, the days for attorney visit are Tuesday, Wednesday and Thursday, with the last scheduling set for 2pm with an ending time of 4 pm.



**Leteetha Turner**

Administrative Support Assistant II

Phone: 205-436-3681 EXT. 106

Fax: 205-436-3399

leteetha.turner@doc.alabama.gov

Warden Office

 William E. Donaldson Correctional Facility

100 Warrior Lane

Bessemer, Alabama 35023-7299

**doc.alabama.gov**

CONFIDENTIALITY NOTICE: The contents of this e-mail and any attachments are intended solely for the use of the individual to whom it is addressed and may contain information that is confidential or protected by legal privilege. If you believe you received this e-mail in error, please notify the sender immediately and delete the e-mail and any attachments from your system. If you are not the intended recipient of this e-mail, be aware that any dissemination, distribution, or use of this information is strictly prohibited. Thank you for your cooperation.

**From:** Luster, Johnnie (DOC) <Johnnie.Luster@doc.alabama.gov>
**Sent:** Monday, September 23, 2024 9:30 AM
**To:** Turner, Leteetha (DOC) <leteetha.turner@doc.alabama.gov>
**Subject:** Fw: Attorney Request - Frankie Johnson, AIS No. 00196870

---

**From:** Jamila S. Mensah <jamila.mensah@nortonrosefulbright.com>
**Sent:** Friday, September 20, 2024 7:06 PM
**To:** Luster, Johnnie (DOC) <Johnnie.Luster@doc.alabama.gov>
**Cc:** Wesley Smithart <wsmithart@lightfootlaw.com>
**Subject:** Attorney Request - Frankie Johnson, AIS No. 00196870

Good evening –

Attached please find a request to speak with Frankie Johnson, AIS No. 00196870.
Please let us know if you need any additional information.  Thank you.

Jamila S. Mensah | Partner

Norton Rose Fulbright US LLP

1550 Lamar Street, Suite 2000, Houston, Texas 77010-4106, United States

Tel +1 713 651 5504 | Mobile +1 832 567 4490

jamila.mensah@nortonrosefulbright.com



**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

This email message and any attachments are for the sole use of the intended recipient(s). Any
unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply email and destroy all copies of the original message and any
attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.