IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANKIE JOHNSON, § § § Plaintiff, § § v. § § JEFFERSON S. DUNN, et al., § § Defendants. § § § § | Case No.: 2:21-cv-1701-AMM |

## ORDER

The Court having considered Plaintiff's Motion to Extend Deadlines from non-party Alabama Department of Corrections ("ADOC"), any responses or replies thereto, and the arguments of counsel, if any, hereby **GRANTS** the Plaintiff's Motion to Extend Deadlines.

**IT IS THEREFORE ORDERED** that all case deadlines are extended by four months. Fact discovery is due by October 13, 2025; Dispositive Motions due by February 16, 2026; Joint Status Report due by October, 2, 2025.

It is so ORDERED.

_____
U.S. District Court Judge Anna M. Manasco

298087401.1