# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 2:21-CV-01701-AMM |
| **JEFFERSON DUNN**, *et al.,* | ) |
| **Defendants.** | ) |

## JEFFERSON DUNN'S MOTION TO EXCUSE ATTORNEYS BILL LUNSFORD AND DANIEL CHISM FROM SHOW CAUSE HEARING

Pursuant to this Court's Show Cause Order (doc. 187), Dunn, by and through counsel, moves this Court to excuse attorneys Bill Lunsford and Daniel Chism from the May 21, 2025, hearing that starts at 9:00 a.m. In support of his Motion, Dunn states as follows:

1. The Court entered its Show Cause Order on May 16, 2025, ordering "all current counsel who have appeared in the case...to appear at a show cause hearing at 9:00 AM Central Daylight Time on Wednesday, MAY 21, 2025, at the Hugo Black United States Courthouse, Courtroom 5B." (Doc. 187 at 2).

2. In the Order, the Court stated "[a]ny counsel who wishes to be excused from the hearing may promptly seek such relief." (Id.).

3.  Neither Bill Lunsford nor Daniel Chism participated in any way in the drafting or filing of the Motion for Leave to Depose Incarcerated Persons (doc. 174, "<u>Motion to Depose</u>") and, therefore; they lack information concerning the Motion to Depose or related to the drafting and filing of the Motion to Depose.

4.  Additionally, Mr. Lunsford must be in Macon, Georgia to a prepare for and attend a previously set evidentiary hearing before the U.S. District Judge Marc Treadwell in the United States District Court for the Middle District of Georgia.

WHEREFORE, PREMISES CONSIDERED, Dunn respectfully request this Court excuse attorneys Bill Lunsford and Daniel Chism from appearing at the Court's hearing on May 21, 2025.

Dated: May 16, 2025.

*/s/ William R. Lunsford*

*One of the Attorneys for Jefferson Dunn*

William R. Lunsford
Matthew B. Reeves
William J. Cranford
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com
dan.chism@butlersnow.com

3

*Attorneys for Jefferson Dunn*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 16th day of May, 2025:

*Jamila Mensah (admitted pro hac vice)
Kelly Potter (admitted pro hac vice)
Gary Gould (admitted pro hac vice)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
T: 312-243-5900
F: 312-243-5902
jamila.mensah@nortonrosefulbright.com
*Counsel of Record

Anil Mujumdar (ASB-2004-L65M)
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205-590-6986
F: 205-809-7899
E: anil@dagneylaw.com

Lana A. Olson
M. Wesley Smithart
**LIGHTFOOT, FRANKLIN & WHITE, LLC**
The Clark Building
400th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-1529
Facsimile: (205) 581-0799
lolson@lightfootlaw.com
wsmithart@lightfootlaw.com

*Attorneys for Plaintiff*

Tara Hetzel
Vania Hosea
**OFFICE OF THE ATTORNEY GENERAL OF ALABAMA**
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
tara.hetzel@AlabamaAG.gov
vania.hosea@AlabamaAG.gov

*Attorneys for the Facility Defendants*

Terri O. Tompkins
Christian A. Montgomery
**ROSEN HARWOOD**
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
Telephone: (205) 344-5000
ttompkins@rosenharwood.com
amontgomery@rosenharwood.com

*Attorneys for Deaundra Johnson*

/s/ William R. Lunsford
Of Counsel