# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| **FRANKIE JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:21-cv-01701-AMM |
| **JEFFERSON S. DUNN, et al.,** | ) |
| **Defendants.** | ) |

## MOTION SEEKING RELIEF FROM SHOW CAUSE ORDER

Undersigned Counsel for ADOC, a non-party recently added to this case pursuant to Plaintiff's Motion to Compel, seeks relief from the Court's Show Cause Order entered May 16, 2025 requiring their appearance at a Show Cause Hearing scheduled for Wednesday, May 21, 2025, at 9:00 a.m. Undersigned Counsel seek permission to be excused from the Hearing because their involvement in this case to date has been limited to Plaintiff's Motion to Compel, which has been resolved by the Court's Order, dated May 14, 2025, their appearance is not necessary to the disposition of the matter before this Court, and because both Counsel have scheduling conflicts that cannot be resolved. Mr. Sibley will be out of the country beginning the week of Sunday, May 18, 2025, and Mr. Tambling has a medical appointment at 10:45 a.m. on Wednesday, May 21 that will need to be rescheduled if he is required to appear.

WHEREFORE, the undersigned counsel respectfully request that they be excused from said hearing.

        Respectfully submitted,

        STEVE MARSHALL
        ATTORNEY GENERAL

        /s/ *Robert D. Tambling*
        Robert D. Tambling (ASB-6026-N67R)
        *Assistant Attorney General*

        /s/ *Steven Shawn Sibley*
        Steven Shawn Sibley (ASB-2802Y49S)
        *Assistant Attorney General*

        OFFICE OF ATTORNEY GENERAL
        501 Washington Avenue
        Montgomery, Alabama 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 353-8400
        Robert.Tambling@AlabamaAG.gov
        Shawn.Sibley@AlabamaAG.gov

        *Counsel for Non-Party Alabama*
        *Department of Corrections*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have, on May 16, 2025, electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF electronic filing system, which will send a copy of the filed document to all registered counsel of record.

                                                  /s/ *Steven Shawn Sibley*
                                                  Steven Shawn Sibley (ASB-2802Y49S)
                                                  *Assistant Attorney General*