# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| FRANKIE JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON S. DUNN, et al., <br><br> Defendants. | Case No.: 2:21-cv-1701-AMM |

## PLAINTIFF FRANKIE JOHNSON'S MOTION TO EXCUSE ATTORNEY JAMILA MENSAH FROM SCHOW CAUSE HEARING AND REQUEST FOR REMOTE ATTENDANCE FOR ATTORNEY GARY GOULD

Pursuant to this Court's Show Cause Order (Doc. 187), Plaintiff, by and through counsel, moves this Court to excuse attorney Jamila Mensah from the May 21, 2025 Show Cause hearing and to allow attorney Gary Gould to attend the hearing remotely. In support of his Motion, Plaintiff states as follows:

1. The Court entered its Show Cause Order on May 16, 2025, ordering "all current counsel who have appeared in the case...to appear at a show cause hearing at 9:00 AM Central Daylight Time on Wednesday, MAY 21, 2025, at the Hugo Black United States Courthouse, Courtroom 5B." (Doc. 187 at 2).

2. In the Order, the Court stated "[a]ny counsel who wishes to be excused from the hearing may promptly seek such relief." (*Id.*).

298105542.1

3. Plaintiff understands the seriousness of the Court's Order. Two attorneys from Norton Rose Fulbright US LLP involved in the drafting of Plaintiff's Response to Dunn's Motion for Leave to Depose (Doc. 186) will attend the hearing in person, in addition to local counsel from Lightfoot, Franklin & White, LLC.

4. Plaintiff's attorney Jamila Mensah lives in Houston, Texas, and she has a number of case deadlines on May 21, as well as a firm administrative meetings in the afternoon. Plaintiff respectfully requests that Ms. Mensah be excused from Wednesday's hearing.

5. Plaintiff's attorney Gary Gould had limited involvement in the drafting of Plaintiff's Response. Mr. Gould lives in Houston, Texas, and while he does not have a conflict at 9:00 a.m. on May 21, he has a number of commitments in other cases this week that make his travel to Birmingham, Alabama difficult to arrange. Plaintiff therefore requests that Mr. Gould be permitted to attend Wednesday's hearing remotely via videoconference.

Dated:   May 19, 2025                    BY: */s/ Jamila S. Mensah*

*Counsel of Record for Plaintiff*

**Norton Rose Fulbright US LLP**
*Jamila S. Mensah (admitted pro hac vice)
Kelly A. Potter (admitted pro hac vice)
Gary. Y. Gould (admitted pro hac vice)

2

298105542.1

        1550 Lamar Street, Suite 2000
        Houston, Texas 77010
        T: 312-243-5900
        F: 312-243-5902
        E:jamila.mensah@nortonrosefulbright.com
        *Counsel of Record

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on May 19, 2025.

        */s/ Jamila Mensah*
        Jamilah Mensah