# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1701-AMM** |
| ) | |
| **JEFFERSON S. DUNN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This case is before the court on Plaintiff Frankie Johnson's Motion to Excuse Attorney Jamila Mensah from Show Cause Hearing and Request for Remote Attendance for Attorney Gary Gould. Doc. 191. The show cause hearing is set for Wednesday, May 21, 2025 at 9:00 AM Central Daylight Time at the Hugo Black United States Courthouse in Birmingham, Alabama.

Ms. Mensah and Mr. Gould represent that they have other professional responsibilities to attend to that would make travel from Houston, Texas to Birmingham, Alabama difficult. *Id.* at 2. Other attorneys from Mr. Johnson's legal team involved in drafting his response to Defendant Jefferson Dunn's motion to depose Mr. Johnson will be present at the show cause hearing. *Id.*

Mr. Johnson's motion is **GRANTED** to the extent that both Ms. Mensah and Mr. Gould are excused from the May 21, 2025 show cause hearing.

**DONE** and **ORDERED** this 19th day of May, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE