UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANKIE JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON S. DUNN, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:21-cv-1701-AMM |

## SUPPLEMENTAL SHOW CAUSE ORDER

This case is before the court on a motion for leave to depose an incarcerated person by Defendant Jefferson Dunn, the former Commissioner of the Alabama Department of Corrections, Doc. 174, the response of said incarcerated person, Plaintiff Frankie Johnson, *see* Doc. 186, and a motion to compel by Defendant Dunn, Doc. 182. The signatories of the motion for leave are William J. Cranford, William R. Lunsford, Matthew B. Reeves, and Daniel J. Chism. Doc. 174 at 4. The signatories of the motion to compel are William J. Cranford, William R. Lunsford, Matthew B. Reeves, and Lynette E. Potter. Doc. 182 at 20. Ms. Potter has not entered a notice of appearance in this case.

In his response, Mr. Johnson opposes the request to depose him the week of June 3rd for several reasons, including that counsel for Defendant Dunn appears to have fabricated citations to legal authority in his motion for leave, "possibly through

the use of generative artificial intelligence." Doc. 186 at 1. Mr. Johnson also discusses an allegedly fabricated citation in Defendant Dunn's motion to compel. *Id.* at 4–5; *see also* Doc. 182 at 13.

On May 16, 2025, the court ordered each of the four attorneys who signed Defendant Dunn's motion for leave, and the Butler Snow law firm, "to show good cause, if there be any, why they should not be sanctioned under Federal Rule of Civil Procedure 11, the court's inherent authority, Local Rule 83.1(f), and/or Alabama Rule of Professional Conduct 3.3 for making false statements of fact or law to the court, not later than **3:00 PM Central Daylight Time on Monday, MAY 19, 2025**." Doc. 187 at 1–2. In addition, the court ordered "[a]ll current counsel who have appeared in the case . . . to appear at a show cause hearing at **9:00 AM Central Daylight Time on Wednesday, MAY 21, 2025**, at the Hugo Black United States Courthouse, Courtroom 5B." *Id.* at 2.

Out of an abundance of caution, the court **CLAIRIFIES** its show cause order to the extent that (1) Defendant Dunn's motion to compel is also the subject of that show cause order and will be discussed at the hearing set for Wednesday, May 21, 2025 at 9:30 AM Central Daylight Time, and (2) in addition to the four attorneys on the motion for leave, Ms. Lynette E. Potter is **ORDERED** to show good cause, if there be any, why she should not be sanctioned under Federal Rule of Civil Procedure 11, the court's inherent authority, Local Rule 83.1(f), and/or Alabama

2

Rule of Professional Conduct 3.3 for making false statements of fact or law to the court. Out of an abundance of caution and due to the timing of this clarification, Ms. Potter is **ORDERED** to file her response not later than **3:00 PM Central Daylight Time on TUESDAY, MAY 20, 2025**. Ms. Potter is **ORDERED** to append to her filing a copy of the allegedly fabricated legal authority in the motion to compel; if she cannot provide that copy, she is further **ORDERED** to submit a sworn declaration that provides a thorough explanation for how the motion to compel and allegedly fabricated case were generated, and her role in drafting or supervising the motion to compel. Ms. Potter is **ORDERED** to do the same to any extent she may have participated in the drafting of the motion for leave and is further **ORDERED** to appear at the show cause hearing set for **9:00 AM Central Daylight Time on Wednesday, MAY 21, 2025**, at the Hugo Black United States Courthouse, Courtroom 5B.

Counsel for Defendant Dunn are **DIRECTED** to advise the Commissioner of the Alabama Department of Corrections of this order. The Clerk of the Court is **DIRECTED** to serve a copy of this order on Alabama Attorney General Steve Marshall, and the Clerk of the Court is further **DIRECTED** to serve a copy of this order on the Chief Judge of each United States District Court in Alabama.

**DONE** and **ORDERED** this 19th day of May, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE