IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:21-CV-01701-AMM |
| v. | ) |
| | ) |
| **JEFFERSON DUNN**, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## COUNSELS' RESPONSE TO ORDER TO SHOW CAUSE

Attorneys William R. Lunsford, Matthew B. Reeves, William J. Cranford III, and Daniel Chism, counsel for Defendant Jefferson Dunn, jointly submit this Response to the Court's Order to Show Cause (Doc. 187). The declarations of each attorney of record setting forth what happened are attached as Exhibits 1-4. Butler Snow is submitting a separate Response and Declaration. In short, attorney Matt Reeves used ChatGPT to obtain case citations in support of two arguments made in the motions at issue without verifying their accuracy, and those citations proved to be false.

As attorneys admitted to practice before this Court, we deeply regret these events. Counsel chose convenience at the expense of accuracy, and for that, there is no excuse. It is unacceptable, embarrassing, and does not reflect the high regard we

have for the Court, the judicial system, and all parties and counsel of record. We sincerely apologize to everyone involved.

We do not deny that these actions may be subject to sanctions proportional to the conduct if the Court in its discretion deems it proper. However, if the Court imposes sanctions, we respectfully request that any sanction be commensurate with the individual attorney's role in the events, and that our client not be sanctioned or prejudiced. Accordingly, we respectfully request that the Court permit counsel to file amended motions with corrected citations on behalf of our client.

Again, we apologize to the Court, Plaintiff, counsel, and our client for this lapse in judgment, and we will do everything within our power to make sure it never happens again.

Respectfully submitted this 19th day of May, 2025.

*/s/ William R. Lunsford*
William R. Lunsford
*One of the Attorneys for Jefferson Dunn*

William R. Lunsford
Matthew B. Reeves
William J. Cranford III
Daniel Chism
**BUTLER SNOW LLP,**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com

matt.reeves@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system and/or U.S. Mail on this 19th day of May, 2025:

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2120 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 410-1185
Facsimile: (205) 419-9701
anil@dagneylaw.com

Gary Y. Gould
Jamila S. Mensah *(pro hac vice)*
Kelly Potter *(pro hac vice)*
**NORTON ROSE FULBRIGHT US, LLP**
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
gary.gould@nortonrosefulbright.com
jamila.mensah@nortonrosefulbright.com
kelly.potter@nortonrosefulbright.com

Lana A. Olson
M. Wesley Smithart
**LIGHTFOOT, FRANKLIN, & WHITE, LLC**
The Clark Building
400th Street North
Birmingham, AL 35203
Telephone: (205) 581-1529
Facsimile: (205) 581-0799
lolson@lightfootlaw.com
wsmithart@lightfootlaw.com

*Attorneys for Plaintiffs*

Tara S. Hetzel
Vania Latitia Hosea
**ALABAMA OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7997
Facsimile: (334) 353-8440
tara.hetzel@alabamaag.gov
vania.hosea@alabamaag.gov

*Attorneys for Givens, Morgan, Smith, Rambo, Matthews, Cook, Stevenson, and Hugh*

Terri O. Tompkins
Christian A. Montgomery
Rosen Harwood
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
Telephone: (205) 344-5000
Facsimile: (205) 758-8358
ttompkins@rosenharwood.com
amontgomery@rosenharwood.com

*Attorneys for Deaundra Johnson*


/s/ *William R. Lunsford*
William R. Lunsford