# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANKIE JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:21-CV-01701-AMM |
| JEFFERSON DUNN, *et al.*, | ) ) | |
| Defendants. | ) | |

## DECLARATION OF DANIEL CHISM

I, Daniel James Chism, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in the State of Alabama.

2. I am an associate with Butler Snow LLP in Huntsville, Alabama, and am counsel of record for Jefferson Dunn in this case.

3. I am making this declaration pursuant to the Court's Order to Show Cause (Doc. 187) to provide the Court with information on my role in drafting the Motion for Leave to Depose Plaintiff and the Motion to Compel (Doc. 174 and 182, collectively the "Motions").

4. Although I am a counsel of record on this matter, I did not draft, revise, or review the Motions. Although I was copied on emails circulating drafts, I did not participate in any way in the preparation of the Motions.

5. I possessed no knowledge of any citations or arguments provided in the Motions prior to Plaintiff's response. (Doc. 186). I do not possess any independent

knowledge of where or how the citations contained in the Motions originated, but I now understand they were placed in the Motions by Matthew Reeves.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated May 19, 2025

_Daniel J. Chism_
Daniel J. Chism