# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-1701-AMM |
| ) | |
| **JEFFERSON S. DUNN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S MOTION TO EXCUSE ATTORNEY LANA A. OLSON FROM SHOW CAUSE HEARING

Pursuant to this Court's Show Cause Order (187), Plaintiff by and through counsel, moves this Court to excuse attorney Lana A. Olson from attendance at the May 21, 2025 Show Cause hearing. In support of this Motion, Plaintiff states as follows:

1. The Court entered its Show Cause Order on May 16, 2025 ordering all current counsel to appear at the show cause hearing on May 21, 2025 (187).

2. The Order directed that any counsel who wish to be excused from the hearing to promptly seek such relief.

3. Two attorneys from Norton Rose Fulbright US LLP and M. Wesley Smithart of Lightfoot, Franklin & White LLC will attend the hearing in person on May 21, 2025 on behalf of Plaintiff.

4. One of the other attorneys for Plaintiff, Lana A. Olson, has an 8th grade daughter who is receiving an award at her school's awards and honors ceremony beginning at 8:15AM on May 21, 2025. Plaintiff respectfully requests that Ms. Olson

be excused from attending the May 21, 2025 hearing so that she can attend her daughter's end-of-the-year school event.

/s/ Lana A. Olson
Lana A. Olson
M. Wesley Smithart
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
205-581-1529 Phone
205-581-0799 Fax
*lolson@lightfootlaw.com*
*wsmithart@lightfootlaw.com*

*One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on May 19, 2025, which will send electronic notification of such filing to the parties. If CM/ECF indicates that Notice needs to be delivered by other means to any of the parties, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

/s/ Lana A. Olson
OF COUNSEL