# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CASE NO. 2:21-CV-01701-AMM |
| | ) |
| **JEFFERSON DUNN**, *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## ATTORNEY LYNETTE E. POTTER'S
## RESPONSE TO ORDER TO SHOW CAUSE

I submit this response to the Court's Supplemental Show Cause Order (Doc. 193) regarding the Motion to Compel (Doc. 174), as well as the Motion for Leave to Depose Plaintiff (Doc. 182) (collectively, "the Motions").

As set forth in the attached Declaration, I did not draft, edit, review, supervise, or approve the Motions or any drafts of the Motions. I did not participate in any way in the preparation or filing of the Motions. I am not counsel of record in this matter, I have not entered a Notice of Appearance in this action, and I do not receive electronic case filings. I was not copied on any email correspondence circulating any versions of the Motions. Further, I had no knowledge that my name appeared on the signature line of the Motion to Compel until I received the Court's Supplemental Show Cause Order on May 19, 2025, from a colleague.

1

Given my complete lack of involvement in the submission of the Motions, I respectfully submit that Rule 11 or other sanctions would be improper.

Respectfully submitted this 20th day of May, 2025.

>                     */s/ Lynette E. Potter*
>                     Lynette E. Potter
>                     **BUTLER SNOW LLP,**
>                     200 West Side Square
>                     Suite 100
>                     Huntsville, Alabama 35801
>                     Telephone: (256) 936-5615
>                     Facsimile: (256) 936-5651
>                     lynette.potter@butlersnow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system and/or U.S. Mail on this 20th day of May, 2025:

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2120 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 410-1185
Facsimile: (205) 419-9701
anil@dagneylaw.com

Gary Y. Gould
Jamila S. Mensah *(pro hac vice)*
Kelly Potter *(pro hac vice)*
**NORTON ROSE FULBRIGHT US, LLP**
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
gary.gould@nortonrosefulbright.com
jamila.mensah@nortonrosefulbright.com
kelly.potter@nortonrosefulbright.com

Lana A. Olson
M. Wesley Smithart
**LIGHTFOOT, FRANKLIN, & WHITE, LLC**
The Clark Building
400th Street North
Birmingham, AL 35203
Telephone: (205) 581-1529
Facsimile: (205) 581-0799
lolson@lightfootlaw.com
wsmithart@lightfootlaw.com

*Attorneys for Plaintiffs*

93766893.v1

Tara S. Hetzel
Vania Latitia Hosea
**ALABAMA OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7997
Facsimile: (334) 353-8440
tara.hetzel@alabamaag.gov
vania.hosea@alabamaag.gov

*Attorneys for Givens, Morgan, Smith, Rambo, Matthews, Cook, Stevenson, and Hugh*

Terri O. Tompkins
Christian A. Montgomery
Rosen Harwood
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
Telephone: (205) 344-5000
Facsimile: (205) 758-8358
ttompkins@rosenharwood.com
amontgomery@rosenharwood.com

*Attorneys for Deaundra Johnson*

/s/ *Lynette E. Potter*_____
Lynette E. Potter

3