IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANKIE JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:21-cv-01701-AMM |
| JEFFERSON DUNN, *et al.*, | ) ) ) |
| Defendants. | ) |

### DECLARATION OF LYNETTE E. POTTER

I, Lynette E. Potter, pursuant to 28 U.S.C. § 1746, hereby state as follows:

1. I am an attorney licensed to practice law in the State of Alabama and a member in good standing.

2. I am an attorney with the law firm Butler Snow LLP in Huntsville, Alabama.

3. I am not counsel of record for Defendant Jefferson Dunn in this matter.

4. On May 19, 2025, I received and reviewed a copy of the Court's Supplemental Show Cause Order directing me to "submit a sworn declaration that provides a thorough explanation for how the motion to compel and allegedly fabricated case were generated, and [my] role in drafting or supervising the motion to compel." (Doc. 193 at 3). The Court further directed me "to do the same to any extent [I] may have participated in the drafting of the motion for leave[.]" (Id.). In response to the Court's Order, I submit this Declaration regarding the Motion to

Compel and the Motion for Leave to Depose Plaintiff (Docs. 174, 182, the "Motions").

5. I did not draft, edit, review, supervise, or approve the Motions or any drafts of the Motions. I did not participate in any way in the preparation or filing of the Motions. I possessed no knowledge related to the preparation or filing of the Motions or any of their contents until May 16, 2025, when the Court entered its Show Cause Order. (Doc. 187).

6. I am not counsel of record in this matter, I have not entered a Notice of Appearance in this action, and I do not receive electronic case filings. I was not copied on any email correspondence circulating any versions of the Motions.

7. I possessed no knowledge that my name appeared on the signature line of the Motion to Compel until the Court entered its Supplemental Show Cause Order on May 19, 2025. I did not review or read the Motion to Compel until I received the Court's Supplemental Show Cause Order (Doc. 193) from a colleague.

8. Further, I understand the inclusion of my name on the signature line of the Motion to Compel to be an administrative error due to my representation of former, and current, employees of the Alabama Department of Corrections in several separate matters. I did not add my name to the signature line of the Motion to Compel, I did not authorize my signature or inclusion as counsel, and I do not possess knowledge as to how, or when, my name was added to the signature line of

the Motion to Compel.

9. I possessed no knowledge of any citations or arguments provided in the Motions prior to the Court's entry of its Show Cause Order on May 16, 2025. (Doc. 187). I do not possess any independent knowledge of where or how the citations contained in the Motions originated. I came to learn, after the Court entered its Show Cause Order, that the citations in question were placed in the Motions by Matthew Reeves.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2025

Lynette E. Potter