FILED
2025 Jun-02 PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 2:21-CV-01701-AMM |
| **JEFFERSON DUNN**, *et al.*, | ) |
| **Defendants.** | ) |

### DECLARATION OF BENJAMIN M. WATSON

I, Benjamin M. Watson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and the State of Tennessee.

2. I serve as the General Counsel of Butler Snow LLP ("Butler Snow"), and I practice in Butler Snow's Ridgeland, Mississippi office.

3. Since the Court's Show Cause Hearing on May 21, 2025, Butler Snow has undertaken an extensive review of filings by the attorneys of record in this case, summarized as follows:

   a. Butler Snow began its review by searching both PACER and Westlaw to identify all cases in the Alabama federal district courts and the Eleventh Circuit Court of Appeals where William R. Lunsford; Matthew B. Reeves; William J. Cranford, III; Daniel Chism; and/or

1

Lynette Potter have entered appearances. During this initial search, it was determined that William R. Lunsford appeared in all of the same cases as the other attorneys of record in this case, with the exception of one case that had no relevant filings on or after April 1, 2023.[1]

b.   After identifying all potentially relevant dockets in Alabama federal courts and the Eleventh Circuit Court of Appeals, Butler Snow removed all dockets that had no filing activity after April 1, 2023, leaving 52 dockets to review. Three of these dockets were identical to other dockets already captured in Butler Snow's initial search, leaving a final total of 49 dockets to review.

c.   Butler Snow then determined that the relevant filings (i.e., filings on or after April 1, 2023) in 9 of the 49 remaining dockets contained no legal citations, narrowing the total number of dockets to be reviewed to 40. A list of those dockets is attached as Exhibit A to this Declaration.

d.   For each of these 40 dockets, Butler Snow identified all filings on or after April 1, 2023, in which a Butler Snow attorney appeared on the signature block of the filing, even if a Butler Snow attorney did not serve as the primary filing attorney. A team of Butler Snow attorneys then accessed each of those filings on Westlaw and individually

---

[1] April 1, 2023, is the date counsel of record in this case joined Butler Snow.

2

examined every legal citation contained therein to identify any AI-generated "hallucination," i.e., a false citation where the cited source either a) does not exist, or b) where the legal proposition appeared to have been invented by artificial intelligence (as distinguished from likely human error).

e.  After the reviewing attorneys completed their examination of all relevant filings in the 40 dockets identified above, their work was reviewed and validated by a second attorney to ensure that all relevant filings were captured in the review process.

f.  In its review, the Butler Snow review team did not find any instances, other than those that prompted the Court's show cause order (Dkt. #187) and were discussed at the May 21, 2025, show cause hearing (Dkt. #200 at 8:16-20), where there was an apparent AI-generated "hallucination," as defined above.

4.  Butler Snow also engaged an outside law firm, Morgan Lewis & Bockius LLP ("Morgan Lewis"), to perform the same review utilizing their own independent protocols.

5.  Morgan Lewis reviewed over 2,400 citations in the same 40 dockets identified above and also did not find any instance where there was an apparent AI-generated "hallucination." Morgan Lewis's process and findings are described in a

separate declaration attached as Exhibit 2 to Butler Snow's Supplemental Response to the Court's Order to Show Cause.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of June, 2025.

*[signature]*
Benjamin M. Watson

|     | **Case Name and Docket Number** |
| --- | --- |
| 1.  | *Abrams v. Dunn*, 2:20-cv-00011-MHH (N.D. Ala.) |
| 2.  | *Barefield v. Dunn*, 2:20-cv-00917-WKW-CWB (M.D. Ala.)[1] |
| 3.  | *Beaty v. Dunn*, 2:20-cv-00279-ECM-SMD (M.D. Ala.) |
| 4.  | *Boykins v. Dunn*, 4:19-cv-01934-ACA (N.D. Ala.) |
| 5.  | *Braggs v. Hamm*, 2:14-cv-00601-MHT-JTA (M.D. Ala.) |
| 6.  | *Braggs v. Commissioner, Alabama Department of Corrections*, 22-10292 (11th Cir.) |
| 7.  | *Brown v. Dunn*, 2:21-cv-00440-MHT-KFP (M.D. Ala.) |
| 8.  | *Connell v. Dunn*, 2:21-cv-00629-GMB (N.D. Ala.) |
| 9.  | *D.S. v. Dunn*, 2:20-cv-02012-RDP (N.D. Ala.) |
| 10. | *Defoe v. C.C.S. Garbage Service Inc.*, 5:22-cv-00318-LCB (N.D. Ala.) |
| 11. | *Duke v. Dunn*, 4:14-cv-01952-RDP (N.D. Ala.) |
| 12. | *Ezell v. Dunn*, 4:20-cv-02058-ACA (N.D. Ala.) |
| 13. | *George v. Wexford Health Sources, Inc.*, 2:22-cv-00434-ECM-CWB (M.D. Ala.) |
| 14. | *Grissom v. Corizon, LLC*, 2:19-cv-00420-MHT-KFP (M.D. Ala.) |
| 15. | *Guy v. Dunn*, 4:21-cv-00264-ACA (N.D. Ala.) |
| 16. | *Head v. Wexford Health Sources, Inc.*, 2:20-cv-00132-ECM-KFP (M.D. Ala.) |
| 17. | *Huffman v. Dunn*, 4:20-cv-01293-CLM (N.D. Ala.) |
| 18. | *Johnson v. Dunn*, 2:21-cv-01701-AMM (N.D. Ala.) |
| 19. | *Jones v. Alabama A&M University*, 5:17-cv-01723-MHH (N.D. Ala.) |
| 20. | *Jones v. Hugine*, 5:16-cv-00326-MHH (N.D. Ala.) |

---

[1] The dockets highlighted in gray had filings on or after April 1, 2023, but those filings did not contain any legal citations.

| | |
|---|---|
| 21. | *Jones v. Hugine*, 22-13366 (11th Cir.) |
| 22. | *Martinson v. Southern Health Partners, Inc.*, 5:21-cv-01144-MHH (N.D. Ala.) |
| 23. | *McCarley v. Dunn*, 4:21-cv-00570-CLM (M.D. Ala.) |
| 24. | *McKee v. Dunn*, 2:22-cv-00647-RAH-CWB (M.D. Ala.) |
| 25. | *Moore v. Dunn*, 4:21-cv-00555-AMM (N.D. Ala.) |
| 26. | *Parish v. Dunn*, 2:19-cv-00878-MHT-KFP (M.D. Ala.) |
| 27. | *Payne v. Alabama Department of Corrections*, 2:20-cv-00839-AMM (N.D. Ala.) |
| 28. | *Pilcher v. Dunn*, 4:21-cv-00204-ACA (N.D. Ala.) |
| 29. | *Ray v. Gadson*, 2:20-cv-00499-RDP (N.D. Ala.) |
| 30. | *Rutledge v. Sansing*, 2:21-cv-00226-RDP (N.D. Ala.) |
| 31. | *Seif v. Alabama A&M University*, 5:15-cv-02374-MHH (N.D. Ala.) |
| 32. | *Seif v. Tarver-Ross*, 22-13131 (11th Cir.) |
| 33. | *Smith v. Dunn*, 2:21-cv-00468-MHT-KFP (M.D. Ala.) |
| 34. | *Stallworth v. Crosby*, 5:23-cv-01533-MHH (N.D. Ala.) |
| 35. | *State of Alabama v. Casey*, 1:24-cv-00128-TFM-N (S.D. Ala.) |
| 36. | *State of Alabama v. Casey*, 2:24-mc-00563-RDP (N.D. Ala.)<br>(also docketed as 2:24-cv-00563-RDP (N.D. Ala.)) |
| 37. | *State of Alabama v. Durham*, 2:24-cv-00069-RAH-KFP (N.D. Ala.) |
| 38. | *State of Alabama v. Durham*, 2:24-mc-00280-RDP (N.D. Ala.) |
| 39. | *State of Alabama v. Nelson*, 1:24-cv-00127-TFM-N (S.D. Ala.) |
| 40. | *State of Alabama v. Nelson*, 2:24-mc-00562-RDP (N.D. Ala.)<br>(also docketed as 2:24-cv-00562-RDP (N.D. Ala.)) |
| 41. | *State of Alabama v. Phelps (MAG+)*, 2:24-cv-00227-ECM-SMD (M.D. Ala.) |
| 42. | *State of Alabama v. Phelps (MAG+)*, 2:24-mc-00561-RDP (N.D. Ala.)<br>(also docketed as 2:24-cv-00561-RDP (N.D. Ala.)) |

| | |
|---|---|
| 43. | *Turner v. Dunn*, 2:22-cv-00624-MHT-KFP (N.D. Ala.) |
| 44. | *United States v. State of Alabama*, 2:20-cv-01971-RDP (N.D. Ala.) |
| 45. | *United States v. State of Alabama*, 2:15-cv-00368-MHT-CWB (M.D. Ala.) |
| 46. | *Williams v. Dunn*, 4:21-cv-00921-MHH-HNJ (N.D. Ala.) |
| 47. | *Wilson v. Dunn*, 4:21-cv-00352-LCB (N.D. Ala.) |
| 48. | *Wood v. Dunn*, 2:19-cv-00511-MDH-SMD (M.D. Ala.) |
| 49. | *United States v. Goodwin*, 5:25-cr-00053-HNJ (N.D. Ala.) |