# Exhibit 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CASE NO. 2:21-CV-01701-AMM |
| **JEFFERSON DUNN,** *et al.,* | ) ) ) |
| **Defendants.** | ) ) ) |

## DECLARATION OF DANIEL CHISM

I, Daniel Chism, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly admitted to practice before the Alabama State Bar and this Court. I am one of the attorneys of record for Jefferson Dunn in the above-captioned matter.

2. I have never used any publicly accessible, generative artificial intelligence chatbot, such as OpenAI's ChatGPT, to generate legal or other authority citations for submission to any court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of June, 2025.

_____
Daniel Chism