UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | **2:21-cv-1701-AMM** |
| v. ) | |
| ) | |
| **JEFFERSON DUNN,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF COUNSEL

**COMES NOW**, Matthew B. Reeves, solely as a Respondent to the Court's Sanctions Order (Doc. 204), to certify that I have complied with the Court's directives regarding the provision of the Sanctions Order (Doc. 204, page 50, numbered paragraph 2) to clients, opposing counsels, and Presiding Judges, in all pending state and federal cases in which I am counsel of record. A copy of the Sanctions Order has also been provided to all attorneys with Butler Snow LLP. Compliance with these directives was achieved at approximately 5:13 PM CT, on August 1, 2025.

1

Respectfully submitted,

*/s/ Matthew B. Reeves*

MATTHEW B. REEVES (ASB-5165-T78R)

**BUTLER SNOW LLP**
200 West Side Square, Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
matt.reeves@butlersnow.com