# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE JOHNSON,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:21-cv-1701-AMM |
| | ) |
| **JEFFERSON S. DUNN, et al.,** | ) |
|     Defendants. | ) |

## ORDER TO PRODUCE

The Alabama Department of Corrections ("ADOC") is hereby **DIRECTED** to produce inmate Frankie (or Franky) Johnson (AIS # 196870), who is in the custody of ADOC, on February 9, 2026 at 8:30 a.m. in Courtroom 6A of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203 for mediation in the above-referenced case.

    **DONE** this the 30th day of October, 2025.

 

_____
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE