## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Frankie Johnson | } |
|         Plaintiff | } |
| | } Case Number: 2:21-cv-01701-AMM |
| v. | } |
| | } |
| Jefferson S. Dunn et al | } |
|         Defendant | } |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN AND/OR KEEPER OF THE   St. Clair Correctional Facility AT 1000 St. Clair Road, Springville, AL. 35146

AND

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

WE command you, that you have the body of **Frankie Johnson AIS#196870**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Northern District of Alabama, at the courtroom of said court in the City of Birmingham , Alabama, on **February 9,2026 at 8:30am** , then and there to testify and speak the truth according to his knowledge, on the part of the , in the above-styled cause; and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

**DONE** this date:   October 30, 2025.

                                                GREER M. LYNCH, CLERK
                                                UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF ALABAMA

                                                By:___C. Dockery_____
                                                            Deputy Clerk