FILED
2026 Mar-20  AM 10:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANKIE JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1701-AMM** |
| | ) | |
| **JEFFERSON S. DUNN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

The court understands that this case has settled. It is therefore **ORDERED** this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case within sixty (60) days, for good cause shown, or to submit a joint stipulation of dismissal.

**DONE** and **ORDERED** this 20th day of March, 2026.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE