FILED
2026 May-19 PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANKIE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:21-cv-1701-AMM |
| | ) | |
| JEFFERSON S. DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein they represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on May 19, 2026.

Tara S. Hetzel
*Deputy Attorney General*

Christian Alexandra Montgomery

Rosen Harwood, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
(205) 344-5000 (T)
amontgomery@rosenharwood.com

***Counsel for Defendant Deaundra Johnson***

| | |
|---|---|
| Office of Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36130-0152<br>(334) 242-7300 (T)<br>Tara.Hetzel@AlabamaAG.gov<br>Vania.Hosea@AlabamaAG.gov<br><br>***Counsel for Defendants Jefferson S. Dunn, Gwendolyn Givens, Phyllis Morgan, Vencini Smith, Reginald Rambo, Trenton Mathews, Warren Cook, Justin Stevenson, and Erich Hugh*** | M. Wesley Smithart<br>Lightfoot Franklin & White<br>400 20th Street North<br>Birmingham, AL 35203<br>205-581-1571 (T)<br>wsmithart@lightfootlaw.com<br><br>Jamila S. Mensah<br>Norton Rose Fulbright US LLP<br>Fulbright Tower<br>1301 McKinney, Ste. 5100<br>Houston, TX 77010<br>713-651-5504 (T)<br>jamila.mensah@nortonrosefulbright.com<br><br><br>***Counsel for the Plaintiff*** |