FILED

2026 May-28  PM 01:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANKIE JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1701-AMM** |
| | ) | |
| **JEFFERSON S. DUNN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

On May 19, 2026, the parties filed a joint stipulation of dismissal which did not bear the signatures of "all parties who have appeared." *See* Doc. 220; Fed. R. Civ. P. 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023) (noting that a stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) "requires the signature of a party that appeared but has already been removed from an action."). Thus, the court construes this filing as a motion pursuant to Federal Rule of Civil Procedure 41(a)(2) and finds the terms to be proper.

Accordingly, the court **GRANTS** the construed motion, and this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own expenses. This case remains closed.

**DONE** and **ORDERED** this 28th day of May, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE